IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER BUCHANAN  PLAINTIFF
ADC # 176655

v.   3:22CV00161-DPM-JTK

COREY MELTON, et al.  DEFENDANTS

## ORDER

Having reviewed Christopher Buchanan's ("Plaintiff") Amended Complaint (Doc. No. 5) for screening purposes,[1] the Court concludes service of Plaintiff's retaliation claims against Defendants Glass and Smith is appropriate.

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare Summonses for Defendants Glass and Smith. The United States Marshal shall serve a copy of the Amended Complaint (Doc. No. 5), Summons, and this Order on Defendants Glass and Smith without prepayment of fees and costs or security therefore. Service should be attempted through the ADC Compliance Office, P.O. Box 20550, Pine Bluff, Arkansas 71612.

IT IS SO ORDERED this 1st day of August, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

---

[1] The Prison Litigation Reform Act ("PLRA") requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).