IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTOPHER BUCHANAN                                              PLAINTIFF
ADC # 176655

v.                          No. 3:22-cv-161-DPM

COREY MELTON, Sergeant,
Grimes Unit, ADC; BAKER,
Lieutenant, Grimes Unit, ADC;
DEXTER PAYNE, Director, ADC;
CASTELLO, Sergeant, Grimes
Unit, ADC; KRISTINA SMITH,
Mail Room Supervisor, Grimes
Unit, ADC; MYRA GLASS, Law
Library Supervisor, Grimes Unit,
ADC; MOSES JACKSON,
Warden, Grimes Unit, ADC; and
DOES 1–4, Grimes Unit, ADC                                        DEFENDANTS

ORDER

1. The Court withdraws the reference.

2. Buchanan's Motion to Dismiss, *Doc. 17*, granted.   FED. R. CIV. P. 41(a).   His complaint will be dismissed without prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 September 2022