IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CHRISTOPHER BUCHANAN**  **PLAINTIFF**
ADC # 176655

v.                   No. 3:22-cv-161-DPM

**COREY MELTON, Sergeant,
Grimes Unit, ADC; BAKER,
Lieutenant, Grimes Unit, ADC;
DEXTER PAYNE, Director, ADC;
CASTELLO, Sergeant, Grimes
Unit, ADC; KRISTINA SMITH,
Mail Room Supervisor, Grimes
Unit, ADC; MYRA GLASS, Law
Library Supervisor, Grimes Unit,
ADC; MOSES JACKSON,
Warden, Grimes Unit, ADC; and
DOES 1–4, Grimes Unit, ADC**                   **DEFENDANTS**

## JUDGMENT

Buchanan's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

12 September 2022